LV 6167

**USM 285 is a 5-part form.  Fill out the form and print 5 copies.  Sign as needed and route as specified below.**

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| **United States of America** | **16-02485** |
| DEFENDANT<br>ROBERT D. STUMPH, JR. | TYPE OF PROCESS |

**SERVE AT** { 
NAME OF INDIVIDUAL, COMPLANY, DORPORATION ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
ROBERT D. STUMPH, JR.

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP code)*
SCI Retreat 660 State Route 11, Hunlock Creek, PA 18621

| SEND NOTICE OF SERVICE COPY OF REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| KML Law Group, P.C.<br>701 Market<br>Suite 5000<br>Philadelphia, PA 19106 | Number of process to be served with this Form 285 |
| | Number of parties to be served in this case |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers and Estimated Times Available for Service)*
Please serve Defendant or person in charge with Summons and Complaint.

| Signature of Attorney other Originator requesting service behalf of: | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>215-627-1322 | DATE<br>3/2/17 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY– DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated.<br>*(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process<br>1 | District of Origin<br>No. 67 | District to Serve<br>No. 67 | Signature of Authorized USMS Deputy or Clerk | Date<br>3/2/17 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served , ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|---|
| Address *(complete only different than shown above)* | | Date<br>03/07/17 | Time<br>12:30 ☒ am ☐ pm |
| | | Signature of U.S. Marshal or Deputy<br>*Shawn Summa* | |

| Service Fee<br>$130.00 | Total Mileage Charges including endeavors)<br>$38.08 | Forwarding Fee<br>∅ | Total Charges<br>$168.08 | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*)<br>$0.00 |
|---|---|---|---|---|---|

REMARKS:
1 DUSM 130; 68 MRT

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

**FILED**
**SCRANTON**

APR 05 2017

PER ___
DEPUTY CLERK

PRIOR EDITIONS MAY BE USED
Form USM-285
Rev. 12/80

Civil Action No.:  4:16–CV–02485–MWB

### PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) _____

was received by me on (date)_____.

☒ I personally served the summons on the individual at (place) SCI Retreat _____

_____ on (date) 03/07/17 _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name)_____

_____ , a person of suitable age and discretion who resides there,

on (date) _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual)_____ , who is

designated by law to accept service of process on behalf of (name of organization)_____

_____ on (date) _____ ; or

☐ I returned the summons unexecuted because_____ ; or

☐ Other (specify) :

My fees are $ 38.08 for travel and $ 130.00 for services, for a total of $ 168.68

I declare under penalty of perjury that this information is true.

03/07/17
_____
Date

*Sharon Summa*
_____
Server's Signature

Sharon Simma
_____
Printed name and title

235 N. Washington Ave Scranton, PA 18503
_____
Server's Address

Additional information regarding attempted service, etc: