LV 6167



Fill out the form and print 5 copies. Sign as needed and route as specified below.

...rtment of Justice
...ted States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 16-02485 |
| DEFENDANT | TYPE OF PROCESS |
| ROBERT D. STUMPH, JR. | |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
ROBERT D. STUMPH, JR.
ADDRESS (Street or RFD, Apartment No., City, State and ZIP code)
SCI Retreat 660 State Route 11, Hunlock Creek, PA 18621

SEND NOTICE OF SERVICE COPY OF REQUESTER AT NAME AND ADDRESS BELOW

KML Law Group, P.C.
701 Market
Suite 5000
Philadelphia, PA 19106

Number of process to be served with this Form 285

Number of parties to be served in this case

Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers and Estimated Times Available for Service)
Please serve Defendant or person in charge with Summons and Complaint.

Signature of Attorney other Originator requesting service behalf of:
☒ PLAINTIFF
☐ DEFENDANT

TELEPHONE NUMBER: 215-627-1322
DATE: 3/2/17

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY – DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 67 | No. 67 | | 3/2/17 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

Date: 03/07/17   Time: 12:30 ☒ am ☐ pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $130.00 | $38.08 | 0 | $168.08 | | $0.00 |

REMARKS:
1 DUSM (BB); 68 M R/T

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

FILED
SCRANTON
APR 05 2017
PER _____
DEPUTY CLERK

PRIOR EDITIONS MAY BE USED
Form USM-285
Rev. 12/80



Civil Action No.: 4:16–CV–02485–MWB

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) _____

was received by me on (date) _____.

☒ I personally served the summons on the individual at (place) __SCI Retreat__
_____ on (date) __03/07/17__ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name) _____
_____, a person of suitable age and discretion who resides there,
on (date) _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual) _____, who is
designated by law to accept service of process on behalf of (name of organization) _____
_____ on (date) _____; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other (specify):

My fees are $ __38.08__ for travel and $ __130.00__ for services, for a total of $ __168.68__

I declare under penalty of perjury that this information is true.

__03/07/17__
Date

_Sharon Summa_
Server's Signature

_Sharon Summa_
Printed name and title

__235 N. Washington Ave Scranton, PA 18503__
Server's Address

Additional information regarding attempted service, etc: