UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>    Plaintiff<br>v.<br><br>ROBERT D. STUMPH, JR.<br>    Defendant | Civil Action No: 16-02485 |

## DEFAULT

AND NOW, this __10th__ day of __April__, 2017, default is hereby entered against defendant, ROBERT D. STUMPH, JR. for failure to answer, plead or otherwise defend against the Complaint, pursuant to Federal Rule of Civil Procedure 55(a).

Peter Welsh, Acting
Clerk, U.S. District Court

s/L. Gonsalves
Deputy Clerk