MSPORT, PA 17701-6460
OFFICIAL BUSINESS

ROBERT D. STUMPH JR.
660 State Route 11
Hunlock Creek, PA   18621

'FICE OF THE CLERK
TATES DISTRICT COURT
STRICT OF PENNSYLVANIA
COURTHOUSE, SUITE 218
WEST THIRD STREET
MSPORT, PA 17701-6460
OFFICIAL BUSINESS

$0.67 0
US POSTAGE
FIRST-CLASS
062S-1635820303
17701

ROBERT D. STUMPH JR.
301 ½ S. Elmer Avenue
Sayre, PA   18840

DISTRICT OF PENNSYLVANIA
COURTHOUSE, SUITE 218
40 WEST THIRD STREET
AMSPORT, PA 17701-6460
OFFICIAL BUSINESS

$0.67 0
US POSTAGE
FIRST-CLASS
062S-1635820303
17701



ROBERT D. STUMPH JR.
48 PLEASANT STREET
SAYRE, PA   18840