OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF PENNSYLVANIA
U.S. COURTHOUSE, SUITE 218
240 WEST THIRD STREET
WILLIAMSPORT, PA 17701-6460

OFFICIAL BUSINESS

HARRISBURG PA 171
01 MAY 2017 PM 8 L



ROBERT D. STUMPH JR.
48 PLEASANT STREET
SAYRE, PA   18840

NIXIE        176    7E  1
RETURN TO SENDER
NOT DELIVERABLE AS AD
UNABLE TO FORWA
BC: 17701646899    *1919

17701>6460
18840#2691

---

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF PENNSYLVANIA
U.S. COURTHOUSE, SUITE 218
240 WEST THIRD STREET
WILLIAMSPORT, PA 17701-6460

OFFICIAL BUSINESS

HARRISBURG PA 171
01 MAY 2017 PM 8 T

___ REFUSED
___ Postage due
___ Missing/incomplete return address
___ Unapproved name  _X_ Missing inmate number
___ Greeting card in a colored envelope
___ Unapproved correspondent (former inmate, etc.)
___ Unauthorized item affixed to envelope
___ Unauthorized adhesive
___ Other _____

ROBERT D. STUMPH JR.


**FILED**
**WILLIAMSPORT**

MAY 08 2017

PER _____
DEPUTY CLERK