OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
U.S. COURTHOUSE, SUITE 218
240 WEST THIRD STREET
WILLIAMSPORT, PA 17701-6460

OFFICIAL BUSINESS

SPECIAL MAIL
OPEN ONLY IN THE
PRESENCE OF THE INMATE

ROBERT D. STUMPH JR.
LV6167
SCI Retreat
660 State Route 11
Hunlock Creek, PA   18621

$0.67 0
US POSTAGE
FIRST-CLASS
0623-165382093
17701
B13114.19