OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
U.S. COURTHOUSE, SUITE 218
240 WEST THIRD STREET
WILLIAMSPORT, PA 17701-6460

OFFICIAL BUSINESS

Robert D. Stumph Jr.
LV6167
SCI Retreat
660 State Route 11
Hunlock Creek, PA 18621

SPECIAL MAIL
OPEN ONLY IN THE
PRESENCE OF THE INMATE

B13109.16
$0.670
US POSTAGE
FIRST-CLASS
062S-1635820303
17701