Luzerne Co.

**USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.**

U.S. Department of Justice
United States Marshals Service

PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 16-02485 |
| DEFENDANT | TYPE OF PROCESS |
| ROBERT D. STUMPH, JR. | NOTICE OF SALE |

**SERVE AT**

NAME OF INDIVIDUAL, COMPLANY, DORPORATION ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
ROBERT D. STUMPH, JR.

ADDRESS (Street or RFD, Apartment No., City, State and ZIP code)
SCI Retreat 660 State Route 11, Hunlock Creek, PA 18621

SEND NOTICE OF SERVICE COPY OF REQUESTER AT NAME AND ADDRESS BELOW

KML Law Group, P.C.
701 Market
Suite 5000
Philadelphia, PA 19106

| Number of process to be served with this Form 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers and Estimated Times Available for Service)

Please serve Defendant with the Notice of Sale by 10/1/2017.
Inmate #: LV6167

CERT. MAIL
RTN RECEPT

| Signature of Attorney other Originator requesting service behalf of: ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER 215-627-1322 | DATE 8/6/17 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY—DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process 1 | District of Origin No. 67 | District to Serve No. 67 | Signature of Authorized USMS Deputy or Clerk  DAFC | Date 8/14/2017 |

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

FILED
HARRISBURG, PA
SEP 11 2017
AAA

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

| Date 9/5/17 | Time 10:38 ☒ am ☐ pm |

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | $0.00 |

REMARKS:

SERVED VIA CERTIFIED MAIL # 7014-2120-0003-1219-5394

**PRINT 5 COPIES**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80



# USPS Tracking® Results

FAQs   (http://faq.usps.com/?articleId=220900)

Track Another Package **+**

Remove

Tracking Number: 70142120000312195394

   Delivered

On Time
Updated Delivery Day: Tuesday, September 5, 2017

**Product & Tracking Information**     See Available Actions

| Postal Product: | Features: |
|---|---|
| First-Class Mail® | Certified Mail™ |

See tracking for related item:
9590940218956104364746
(/go/TrackConfirmAction?tLabels=9590940218956104364746)

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| September 5, 2017, 10:38 am | Delivered, To Mail Room | HUNLOCK CREEK, PA 18621 |

Your item has been delivered to the mail room at 10:38 am on September 5, 2017 in HUNLOCK CREEK, PA 18621.

| September 5, 2017, 7:59 am | Out for Delivery | HUNLOCK CREEK, PA 18621 |

| DATE & TIME | STATUS OF ITEM | LOCATION |
| --- | --- | --- |
| September 5, 2017, 7:49 am | Sorting Complete | HUNLOCK CREEK, PA 18621 |
| September 4, 2017, 9:51 am | Arrived at Hub | PLYMOUTH, PA 18651 |
| September 4, 2017, 8:44 am | Departed USPS Regional Facility | SCRANTON PA DISTRIBUTION CENTER |
| September 3, 2017, 9:41 am | In Transit to Destination | ON ITS WAY TO HUNLOCK CREEK, PA 18621 |
| September 2, 2017, 9:41 pm | Arrived at USPS Regional Facility | SCRANTON PA DISTRIBUTION CENTER |
| September 2, 2017, 5:47 am | Departed USPS Regional Facility | LEHIGH VALLEY PA DISTRIBUTION CENTER |
| September 1, 2017, 10:18 pm | Arrived at USPS Regional Facility | LEHIGH VALLEY PA DISTRIBUTION CENTER |
| September 1, 2017, 5:14 pm | Departed Post Office | SCRANTON, PA 18503 |
| September 1, 2017, 1:36 pm | USPS in possession of item | SCRANTON, PA 18503 |

**See Less**

## Available Actions

**Text Updates**